UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DIAMOND AND JEWELRY BROKERS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:01CV236 CDP ) |
| ADT SECURITY SYSTEMS, INC., | ) ) |
| Defendant. | ) |

## ORDER

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that the May 20, 2002, trial setting is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure timely to comply with this order shall result in the dismissal of this action with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of May, 2002.

40

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 05/15/02 by ldreon
         4:01cv236    Diamond & Jewelry vs ADT Security

28:1441 Petition For Removal--Other Contract

```
Charles Fraenkel -              Fax: 312-368-4562
Gary Growe   -  9255            Fax: 314-863-9388
Eric Schmitt -  102010          Fax: 314-863-9388
Joseph Swift -  4512            Fax: 314-421-3128
```

SCANNED & FAXED BY:
MAY 15 2002
DJO