UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN 1 4 2002
U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | |
|---|---|
| DIAMOND AND JEWELRY BROKERS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Cause No. 4:01CV00236CDP ) ) |
| ADT SECURITY SYSTEMS, INC., and JOHN DOE, | ) ) ) |
| Defendants. | ) ) |

So Ordered
Catherine D Perry
6/14/02

### STIPULATION FOR DISMISSAL

It is hereby stipulated by and between plaintiffs and defendants that all claims and causes of action against all parties shall be dismissed with prejudice; and that each party is to bear its own court costs.

_____
Gary A. Growe, #9255
BLUMENFELD, KAPLAN & SANDWEISS, P.C.
Attorneys for Plaintiff
168 N. Meramec, 4th Floor
Clayton, Missouri  63105
(314) 863-0800
(314) 863-9388 (fax)

_____
Joseph R. Swift #4512
BROWN & JAMES, P.C.
Attorneys for Defendants
1010 Market Street, 20th Floor
St. Louis, Missouri  63101
(314) 421-3400
(314) 421-3128 (fax)

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 06/14/02 by bcrow
        4:01cv236    Diamond & Jewelry vs ADT Security

28:1441 Petition For Removal--Other Contract

```
Charles Fraenkel -                    Fax: 312-368-4562
Gary Growe    -    9255               Fax: 314-863-9388
Eric Schmitt  -    102010             Fax: 314-863-9388
Joseph Swift  -    4512               Fax: 314-421-3128
```

SCANNED & FAXED BY:

JUN 1 4 2002

DJO